**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-6156**

———————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

    v.

VERNELL BROWN RANDOLPH,

              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.   Jerome B. Friedman, District Judge.  (4:04-cr-00024-JBF-TEM-1)

———————

Submitted:  May 20, 2010            Decided:  May 27, 2010

———————

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Vernell Brown Randolph, Appellant Pro Se. Eric Matthew Hurt, Assistant United States Attorney, Newport News, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vernell Brown Randolph appeals the district court's order denying relief on her third motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Randolph, No. 4:04-cr-00024-JBF-TEM-1 (E.D. Va. Jan. 6, 2010). We deny Randolph's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED